■ In the Matter of KIM MARIE V., Appellant, v GARY D. V., Respondent. (Appeal No. 2.) [601 NYS2d 891] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Kim Marie V. v Michael S.* (195 AD2d 985 [decided herewith]). (Appeal from Order of Niagara County Family Court, Halpin, J.—Paternity.) Present—Callahan, J. P., Balio, Doerr, Boomer and Boehm, JJ.

■ DAVID RICKICKI et al., Appellants, v BORDEN CHEMICAL, a Division of BORDEN, INC., et al., Respondents. [600 NYS2d 397] — Order insofar as appealed from unanimously reversed on the law with costs, motion granted and subpoena quashed. Memorandum: It is undisputed that the subpoena served upon the nonparty doctor did not contain nor was it accompanied by a notice stating "the circumstances or reasons such disclosure is sought or required" (CPLR 3101 [a] [4]). Thus, the subpoena was facially defective and may not be enforced *(see, Matter of Yost v Douris,* 151 AD2d 489; *Bigman v Dime Sav. Bank,* 138 AD2d 438). (Appeal from Order of Supreme Court, Cattaraugus County, Sprague, J.—Discovery.) Present—Callahan, J. P., Balio, Doerr, Boomer and Boehm, JJ.